UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
Eastern Division

Flava Works, Inc.
                        Plaintiff,

v.                                                Case No.: 1:12–cv–05086
                                                      Honorable Virginia M. Kendall

Latavius Robinson
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 14, 2012:

      MINUTE entry before Honorable Virginia M. Kendall: MOTION by Plaintiff Flava Works, Inc. for default judgment as to Defendant Latavius Robinson [11] is granted. Status hearing set for 11/26/2012 at 09:00 AM. for prove up.Mailed notice(tsa, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.