# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Flava Works, Inc.

        Plaintiff,

v.              Case No.: 1:12–cv–05086
                Honorable Virginia M. Kendall

Latavius Robinson

        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, February 4, 2013:

  MINUTE entry before Honorable Virginia M. Kendall: Motion hearing held on 2/4/2013. Plaintiff's motion to clarify [17] is denied as moot. For the reasons stated in open court, Plaintiff is awarded $50,000.00 in damages. Mailed notice(meg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.